## (December 21, 1961)

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ALMARS ELKSNIS. (B) THE PEOPLE OF THE STATE OF NEW YORK v. GENERAL F. HARRIS. (C) THE PEOPLE OF THE STATE OF NEW YORK v. MANUEL OSTOLAZA.— [In each action] Enlargements of time granted. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.